## IN THE CIRCUIT COURT OF OKTIBBEHA COUNTY, MISSISSIPPI

**ANNE CHUNN**

    **Plaintiff,**

**vs.**                                                       CAUSE NO.: 2023-0264-CVK

**WALMART, INC. and**
**XYZ CORPORATIONS 1-3**

    **Defendant.**

### COMPLAINT
### (Jury Trial Demanded)

**COMES NOW,** the Plaintiff, ANNE CHUNN, by and through the undersigned counsel with MW Law Firm, PLLC – Mama Justice, for this cause of action against the Defendant, WALMART, IINC., and XYZ CORPORATIONS 1-3, would state as follows, to wit:

### JURISDICTION

1. That the Plaintiff, Anne Chunn, is an adult resident of Lowndes County, Mississippi, residing at 440 Schlater Road, Columbus, Mississippi.

2. That the Defendant, Walmart, Inc., is a foreign for-profit corporation active and conducting business in the State of Mississippi. They may be reached for service of process by this Honorable Court by serving its registered agent, CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi.

3. Defendant, XYZ Corporations 1-3, are three unknown parties who may be a party to the subject action.

4. That the Plaintiff's cause of action arises in tort as a result of injuries and damages sustained from a trip and fall at the premises of Defendant, Walmart Neighborhood Market, located at 105 Market Street, Starkville, Mississippi.

## JURISDICTION AND VENUE

5. This court has subject matter jurisdiction over the matters in this case pursuant to Miss. Code Ann. § 9-7-81 (1972), as amended.

6. Venue is proper in this Court as the events giving rise to this Complaint occurred and accrued in Oktibbeha County, Mississippi, as required by Miss. Code Ann. § 11-11-3, as amended.

## FACTS

7. On or about June 8, 2020, Plaintiff Anne Chunn (hereinafter "Plaintiff") was an invitee on the premises of Defendant Walmart, Inc., namely the Walmart Neighborhood Market, 105 Market Street, Starkville, Mississippi, for the purpose of conducting business of a pecuniary value to Defendant Walmart, Inc. (hereinafter "Defendant Walmart").

8. Plaintiff was walking down the beer aisle and then turned at the end of the aisle and tripped on a negligently placed pallet.

9. The negligently placed pallet was at the end of the aisle and empty next to several loaded palettes which created a low-lying, not readily seen, tripping hazard.

10. As Plaintiff walked to the end of the aisle and turned to proceed down another aisle, her foot caught the corner of the pallet causing her trip and fall, landing on both knees resulting in injuries.

11. As a direct and proximate result of Defendant's negligence, Plaintiff sustained serious and painful injuries.

## NEGLIGENCE

12. Plaintiff adopts and incorporates the allegations contained in previous paragraphs as if fully set forth herein.

13. Plaintiff was an invitee of the business establishment of the Defendant by virtue of the fact that the Plaintiff was on the property to conduct business of a pecuniary gain to the

2

Defendant.

14. Defendant, individually, and its management and employees, were under a duty to use reasonable care under the circumstance to inspect, discover, remedy and/or warn of any condition on their premises that posed a risk to persons on their property.

15. Defendant, and manager individually, and employees, were under a duty to use reasonable care to maintain their property in a safe condition or warn of the presence of any hazardous condition on their premises, or in the exercise of reasonable care should have known, existed and posed a risk of harm to the Plaintiff.

16. The Defendant breached those duties by creating the hazardous condition, failing to timely inspect the premises for hazardous conditions, failing to remedy or correct any defects which created a hazard to persons on the premises, failing to warn persons on the premises of a potentially hazardous condition which could pose a risk to the Plaintiff.

17. That the negligence of the Defendant is the proximate cause of the injuries and damages suffered by the Plaintiff in this action, which shall be set forth hereinafter with more particularity.

## INJURIES AND DAMAGES

18. Plaintiff adopts and incorporates the allegations contained in previous paragraphs as if fully set forth herein.

19. Plaintiff is entitled to recover from Defendant all of the damages allowed in the following respects:

    a. past, present and future physical and mental injuries;

    b. past, present and future medical and related expenses;

    c. past, present and future mental anguish, physical pain, suffering and disability;

    d. past, present and future loss of enjoyment of living;

e. reasonable attorneys fees and such other damages as may be revealed during discovery; and

f. any and all other damages recoverable by law.

20. Plaintiff charges and alleges that as a direct and proximate result of the negligence on the part of the Defendant, the Plaintiff received serious, painful and permanent injuries requiring medical attention and treatment and that she incurred doctor and medical bills in an effort to relieve the pain, suffering and discomfort and to treat said injuries.

21. That all doctor and medical bills so incurred were reasonable and necessary for the treatment of the injuries.

22. That Plaintiff will in the future require further medical treatment and will incur medical bills in an effort to relieve pain, suffering, discomfort and to treat said injuries.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that she be awarded a judgment for actual compensatory damages against the Defendant in an amount to be determined by a jury, plus all costs of this proceeding as well as pre-judgment and post-judgment interest from June 8, 2020, until a final adjudication of the merits of this case. Plaintiff further prays for such other, further and general relief to which she may be entitled in law, equity or otherwise.

The Plaintiff respectfully demands a trial by jury on all issues so triable.

**RESPECTFULLY SUBMITTED**, this the 4th day of May, 2023.

MW Law Firm, PLLC – Mama Justice®



_____
**Melissa "Missy" McKinney Wigginton (#100109)**
*Attorneys for Plaintiff*
P.O. Box 3840
Tupelo, MS 38803
(662) 883-6262
(662) 350-3200 – Fax
Email: missy@mamajustice.com

4