IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANNE CHUNN                                                                                     PLAINTIFF

VS.                                                            CIVIL ACTION NO. 1:23-cv-00108-SA-RP

WAL-MART STORES EAST, LP and
XYZ CORPORATIONS 1-3                                              DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Anne Chunn, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendant, Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the __28th__ day of _____May_____, 2024.

                                                                        /s/ Sharion Aycock
                                                                   **UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED TO BY**:

| | |
|---|---|
| */s/ Rajita Iyer Moss* | */s/ David O. Butts* |
| Thomas M. Louis (MSB #8484) | Melissa McKinney Wigginton (MSB #100109) |
| Rajita Iyer Moss (MSB #10518) | David O. Butts (MSB #7642) |
| Wells Marble & Hurst, PLLC | MW Law Firm, PLLC |
| P. O. Box 131 | P.O. Box 3840 |
| Jackson, MS 39205-0131 | Tupelo, MS 38803 |
| **Attorney for Defendants** | **Attorneys for Plaintiff** |